```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KIMBERLY A. SANCHEZ
    Assistant U.S. Attorney
 3  2500 Tulare Street
    Suite 4401
 4  Fresno, California 93721
    Telephone: (559) 497-4000
 5
 6
 7
 8
 9              IN THE UNITED STATES DISTRICT COURT FOR THE
10                    EASTERN DISTRICT OF CALIFORNIA
11
12  UNITED STATES OF AMERICA,    )   1:08-mj-00-224-GSA
                                 )
13              Plaintiff,       )   UNDER SEAL
                                 )
14       v.                      )   SEALING ORDER
                                 )
15                               )
    LUCIO GONZALEZ-PEREZ, and    )
16  JORGE TOLEDO-ALVARADO,       )
                                 )
17                               )
                Defendants.
18
```

FILED
SEP 1 7 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

SEALED

The United States of America, having applied to this Court, for an Order sealing the case and directing the complaint, affidavit and arrest warrants to be sealed in the above-entitled proceedings, together with its Application to Seal, Memorandum of Points and Authorities and the accompanying Declaration of Kimberly A. Sanchez, under seal, and good cause appearing therefor,

IT IS HEREBY ORDERED that the case is sealed, including the indictment and arrest warrants in the above-entitled proceeding, together with the Application To Seal of the United

1

1  States Attorney and the accompanying Memorandum of Points and
2  Authorities and Declaration of Kimberly A. Sanchez, shall be
3  filed with the Court in camera, under seal and shall not be
4  disclosed pending further order of this court or until the
5  defendants are arrested, whichever occurs first.

DATED: 9\16\08

Gary S. Austin
U.S. Magistrate Judge