1  McGREGOR W. SCOTT
   United States Attorney
2  KIMBERLY A. SANCHEZ
   Assistant U.S. Attorney
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, California 93721
   Telephone: (559) 497-4000

FILED

SEP 22 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:08-mj-224 |
| Plaintiff, | |
| v. | MOTION TO UNSEAL COMPLAINT; [PROPOSED] ORDER |
| LUCIO GONZALEZ PEREZ and JORGE TOLEDO ALVARADO | |
| Defendants. | |

The Complaint in this case, having been sealed by Order of this Court, and it appears that it no longer need remain secret.

The United States of America, by and through McGregor W. Scott, United States Attorney, and Kimberly A. Sanchez, Assistant United States Attorney, hereby moves that the Complaint in this case be unsealed and made public record.

Dated: September 22, 2008

KIMBERLY A. SANCHEZ
Assistant U. S. Attorney

IT IS SO ORDERED.

DATED: September 22, 2008

GARY S. AUSTIN
United States Magistrate Judge

1