DANIEL J. BRODERICK, #89424
Federal Defender
MARC DAYS, CA Bar #184098
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
LUCIO GONZALEZ-PEREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:08-cr-00340 OWW |
| Plaintiff, | ORDER REGARDING HEARING ON DEFENDANT LUCIO GONZALEZ-PEREZ'S MOTION FOR DISCOVERY |
| v. | |
| LUCIO GONZALEZ-PEREZ, | |
| Defendants. | Judge: Hon. Oliver W. Wanger |

On July 27, 2009, the Court heard Defendant Lucio Gonzalez-Perez's motion for discovery. Upon consideration of the written and oral arguments of the parties, AND GOOD CAUSE APPEARING, the Court hereby issues the following order:

1.   The government shall produce, by August 10, 2009, any and all statements, written or oral, made by defendant to government agents.

2.   The government shall produce, by August 10, 2009, any and all laboratory reports, fingerprint analysis, handwriting analysis, chemical analysis, or any other scientific tests regarding the subject of the events and charges alleged in the indictment.

3.   The government shall produce, by August 10, 2009, any evidence that any prospective government witness has engaged in any criminal act, whether or not resulting in conviction. As to any confidential informant, such information shall be disclosed to the defense no later than 10 court days prior to trial.

4. The government shall produce, by August 10, 2009, any evidence of any promises made, consideration provided (including monetary or immigration), or any other inducements, by the government in connection with this case in exchange for the person's testimony or other participation in the case.

.

IT IS SO ORDERED.

**Dated:   July 31, 2009**                    /s/ Oliver W. Wanger
                                              UNITED STATES DISTRICT JUDGE