1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MARC DAYS, CA Bar #184098
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California 93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  LUCIO GONZALEZ-PEREZ

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )   NO. 1:08-cr-00340 OWW
                                    )
12         Plaintiff,                )   STIPULATION TO CONTINUE SENTENCING
                                    )   HEARING; ORDER
13      v.                          )
                                    )
14 LUCIO GONZALEZ PEREZ,            )   Date: April 26, 2010
                                    )   Time: 9:00 am
15         Defendant.                )   Judge: Hon. Oliver W. Wanger
                                    )
16                                  )
   _____  )
17

18      **IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective

19 attorneys of record herein, that the sentencing hearing in the above captioned matter now set for March 22,

20 2010, **may be continued to April 26, 2010, at 9:00 a.m.**

21      This continuance is requested by counsel for the defendant to allow additional time for defense

22 preparation prior to hearing. The requested continuance will conserve time and resources for both counsel

23 and the court.

24 ///

25 ///

26 ///

27 ///

28 ///

1 The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B) in that the ends of justice will be served by a continuance.

                                                BENJAMIN B. WAGNER
                                                United States Attorney

DATED: March 10, 2010                /s/  Kimberly Sanchez
                                                KIMBERLY SANCHEZ
                                                Assistant United States Attorney
                                                Attorney for Plaintiff

                                                DANIEL J. BRODERICK
                                                Federal Defender

DATED: March 10, 2010                /s/  Marc Days
                                                MARC DAYS
                                                Assistant Federal Defender
                                                Attorney for Defendant
                                                Lucio Gonzalez-Perez

## O R D E R

**IT IS SO ORDERED.**  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)

IT IS SO ORDERED.

**Dated:   March 10, 2010**                /s/ Oliver W. Wanger
                                                UNITED STATES DISTRICT JUDGE