DANIEL J. BRODERICK, #89424
Federal Defender
MARC DAYS, CA Bar #184098
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
LUCIO GONZALEZ-PEREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>LUCIO GONZALEZ PEREZ,<br><br>        Defendant. | NO. 1:08-cr-00340 OWW<br><br>STIPULATION TO CONTINUE SENTENCING HEARING; ORDER<br><br><br>Date:  May 17, 2010<br>Time:  9:00 am<br>Judge: Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the sentencing hearing in the above captioned matter now set for April 26, 2010, **may be continued to May 17, 2010, at 9:00 a.m.**

This continuance is requested by counsel for the defendant who will be engaged in jury trial on April 26, 2010, the date now set for hearing, and will not be available for sentencing in this instant matter. Assistant United States Attorney Kimberly Sanchez has no objection to this request. The requested continuance will conserve time and resources for both counsel and the court.

///

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B) in that the ends of justice will be served by a continuance.

                                                BENJAMIN B. WAGNER
                                                United States Attorney

DATED:  April 21, 2010                  /s/  Kimberly Sanchez
                                                KIMBERLY SANCHEZ
                                                Assistant United States Attorney
                                                Attorney for Plaintiff


                                                DANIEL J. BRODERICK
                                                Federal Defender

DATED:  April 21, 2010                  /s/  Marc Days
                                                MARC DAYS
                                                Assistant Federal Defender
                                                Attorney for Defendant
                                                Lucio Gonzalez-Perez


**O R D E R**

**IT IS SO ORDERED.**  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)

IT IS SO ORDERED.

Dated: __**April 23, 2010**__             __/s/ Oliver W. Wanger__
                                    UNITED STATES DISTRICT JUDGE